LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Fax: (312) 757-2273
joshuakons@konslaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ACEVES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 2:17−CV−01644−EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR REVISED BRIEFING SCHEDULE** |

　　1.　　All parties hereby stipulate and request that the Court enter an order revising the briefing schedule as set forth below. Good cause exists for the request:

　　WHEREAS, Plaintiff filed her Complaint on August 8, 2017, and Defendant filed its Answer on November 30, 2017 and lodged the administrative transcript on November 30, 2017.

　　WHEREAS, Plaintiff filed her Motion for Summary Judgement on January 16, 2018 and an Amended Motion for Summary Judgment on January 18, 2018.

STIPULATION AND [~~PROPOSED~~] ORDER FOR REVISED BRIEFING SCHEDULE
- 1-

Defendant filed its Opposition to the Plaintiff's First Amended Motion for Summary Judgment and its Cross-Motion for Summary Judgement on February 15, 2018.

WHEREAS, on March 7, 2018, Plaintiff's counsel realized that several citations to the record in its First Amended Summary Judgment Motion were incorrect. This was the result of an inadvertent administrative error on the part of Plaintiff's counsel where they cited to the downloaded version of the ERE file instead of the administrative record provided by the Defendant.

WHEREAS, Plaintiff's counsel promptly contacted the Defendant was amenable to a new stipulated briefing schedule so that this correction could be made.

NOW THEREFORE, the Parties agree and stipulate to the following new briefing schedule:

- Plaintiff's Second Amended Motion for Summary Judgment to correct the citations to the record would be due March 15, 2018.
- Defendant's Opposition to the Second Amended Motion for Summary Judgment would be due on April 5, 2018.
- Plaintiff's Reply in Support of her Second Amended Motion for Summary Judgement would be due on April 19, 2018.

**SO STIPULATED.**

DATED: March 12, 2018.

        LAW OFFICES OF JOSHUA B. KONS, LLC


        By  */s/* Joshua B. Kons
            Joshua B. Kons
            Attorney for Plaintiff
            Mary Aceves

DATED: March 12, 2018.

        NANCY A. BERRYHILL, Acting Commissioner of Social Security
        By  */s/* Sharon Lahey
            Sharon Lahey
            Attorney for Defendant
            Nancy A. Berryhill

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, the parties stipulation is the Court makes the following order:

The revised briefing schedule in this matter is as follows:

- Plaintiff's Second Amended Motion for Summary Judgment to correct the citations to the record would be due March 15, 2018.

STIPULATION AND [~~PROPOSED~~] ORDER FOR REVISED BRIEFING SCHEDULE
- 3-

- Defendant's Opposition to the Second Amended Motion for Summary Judgment would be due on April 5, 2018.

- Plaintiff's Reply in Support of her Second Amended Motion for Summary Judgement would be due on April 19, 2018.

**IT IS SO ORDERED.**

Dated: March 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE